UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE KANDI TECHNOLOGIES GROUP,
INC. SECURITIES LITIGATION,
------------------------------------------------------------X

This document Relates To: All Actions

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/19
```

17 CIVIL 1944 (ER)
**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 4, 2019, Defendants' motion to dismiss is GRANTED and case Nos. 17 Civ. 1944, 17 Civ. 2932, and 17 Civ. 3049 are closed.

**Dated:** New York, New York
October 7, 2019

RUBY J. KRAJICK
_____
Clerk of Court

By: _____
Deputy Clerk